IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
                              :
Stone Investment Holdings, Ltd.  :
                              :
            Plaintiff,        :   Case No. 04-1273 (SLR)
                              :
        v.                    :
                              :
Norman Wechsler, CyBios LLC,  :
CYB Master LLC, and CYB Morph LLC :
                              :
            Defendants.       :
------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 15th day of April, 2005, the undersigned caused true and correct copies of Plaintiff's First Request for Interrogatories and Documents Directed to Defendants to be served upon the following counsel of record in the manner indicated:

**VIA HAND DELIVERY**

Michael D. DeBaecke, Esquire
Steven L. Caponi, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**VIA FACSIMILE and FIRST CLASS MAIL**

Andrew B. Eckstein
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Dated: April 15, 2005

MONZACK AND MONACO, P.A.

_____
Francis A. Monaco, Jr. (#2078)
Joseph J. Bodnar (#2512)
1201 N. Orange Street, Suite 400
Wilmington, DE 19899-2031
(302) 656-8162
Attorneys for Stone Investment Holdings, Ltd.

Document No. 40104