IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
Stone Investment Holdings, Ltd.         :
                                        :
                Plaintiff,              :   Case No. 04-1273 (SLR)
                                        :
        v.                              :
                                        :
Norman Wechsler, CyBios LLC,            :
CYB Master LLC, and CYB Morph LLC       :
                                        :
                Defendants.             :
---------------------------------x

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED this _____ day of _____, 2005, by and between the parties to this action, through their undersigned counsel, that the Complaint in this action, and all claims and counterclaims, are hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party to bear its own attorney fees and costs incurred.

| MONZACK AND MONACO, P.A. | BLANK ROME LLP |
|---|---|
| /s/ Joseph J. Bodnar | /s/ Michael D. DeBaecke |
| Francis A. Monaco, Jr. (#2078) | Michael D. DeBaecke, Esquire (#3186) |
| Joseph J. Bodnar (#2512) | Steven L. Caponi, Esquire (#3484) |
| 1201 N. Orange Street, Suite 400 | 1201 N. Market Street, Suite 800 |
| Wilmington, DE 19899-2031 | Wilmington, Delaware 19801 |
| (302) 656-8162 | (302) 425-6400 |
| Attorneys for Stone Investment Holdings, Ltd. | Attorney for Defendants |
| Dated: June 24, 2005 | Dated: June 24, 2005 |

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

Document No. 44878
114357.00602/40154693v1

## CERTIFICATE OF SERVICE

I, Tara L. Kratzer, certify that I am not less than 18 years of age, and that I caused service of the attached Stipulation of Dismissal to be delivered upon the following individuals by way of facsimile and hand delivery:

**Micahel D. DeBaecke, Esquire**
**Steven L. Caponi, Esquire**
**Blank Rome, LLP**
**1201 North Market Street**
**Suite 800**
**Wilmington, Delaware 19801**

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 28, 2005

Tara L. Kratzer

Document No. 45180